

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2017

No. 04-17-00290-CV

**IN THE INTEREST OF D.M.O,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-00385
Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

On July 20, 2017, we ordered Appellees Domonique W. and Dwaine W. to inform this Court whether they intended to rely on their pro se brief or whether they intended to have their attorney file one on their behalf. On July 25, 2017, appellees filed an advisory stating that they intend to proceed pro se.

Because appellees have informed this Court that George Carroll does not represent them on appeal and they intend to proceed pro se, George Carroll's motion for extension of time to file appellees' brief is DENIED. We ORDER the Clerk of this Court to send all notices to Appellees Dominique W. and Dwaine W. We ORDER George Carroll to file a motion to withdraw within ten days from the date of this order.

This accelerated appeal is now set "at issue."

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2017.

_Luz Estrada_
Luz Estrada
Chief Deputy Clerk